NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
30376
22-AUG-2013
09:45 AM

NO. 30376

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

HEINZ PINK, Plaintiff-Appellant, v.
TERESA CASTRO, Defendant-Appellee

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT CIRCUIT
WAIALUA DIVISION
(CIVIL NO. 1RC-09-1-2589)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Foley, Presiding Judge, Fujise and Leonard, JJ.)

Upon consideration of Plaintiff-Appellant Heinz Pink's "Motion to Answer the Motion for Reconsideration of Summary Disposition Order" filed on August 14, 2013, the papers in support and the record and files herein,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawaiʻi, August 22, 2013.

On the motion:

Heinz Pink,
Plaintiff-Appellant, pro se.

Presiding Judge

Associate Judge

Associate Judge